**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:20-cv-60712-RS**

NANCY WADE,

      Plaintiff,

vs.

CITIGROUP, N.A.,

      Defendant.
_____/

**PROPOSED JOINT SCHEDULING ORDER**

This cause is set for trial during the Court's two week trial calendar beginning on September 20, 2021. If the case cannot be tried during the two week period it will be reset for each successive trial calendar until it is tried or resolved. The Calendar Call will be at 9:00 am on Tuesday, September 14, 2021. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by **07/15/2020**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date and place for mediation by: **10/31/2020**

3. Plaintiff shall disclose experts, expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **11/2/2020**

4. Defendant shall disclose experts, expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **12/1/2020**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **1/12/2021**

6. Written lists containing the names and addresses of all fact witness intended to called at trial by **11/1/2020**

| | |
|---|---|
| 7. Fact discovery shall be completed by | **2/15/2021** |
| 8. Expert discovery shall be completed by | **2/1/2021** |
| 9. Mediation must be completed by | **3/1/2021** |
| 10. Dispositive motions, including those regarding summary judgment and *Daubert* must be filed by | **03/15/2021** |
| 11. Deposition designations and counter designations shall be filed by: | **5/1/2021** |
| 12. All pretrial motions and memoranda of law, including motions in limine, must be filed by | **06/1/2021** |
| 13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint Verdict form, and/or proposed findings of fact and conclusions of law must be filed by | **07/15/2021** |
| 14. Electronic version of documentary exhibits and Certificates of Compliance shall be filed on CM/ECF by | **7/1/2021** |

By:

/s/ *Kingsley C. Nwamah*
Brian C. Frontino
Florida Bar No. 95200
Kingsley C. Nwamah
Florida Bar No. 118364
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
bfrontino@stroock.com
knwamah@stroock.com
lacalendar@stroock.com

*Attorneys for Defendant
Citibank, N.A.*

*/s/ Joel D. Lucoff*
Joel D. Lucoff, Esq.
Debt Shield Law
230 S. Cypress Road, Suite D
Pompano Beach, FL  33060
Telephone:  (561) 510-0529
Facsimile:  (305) 503-9457
legal@debtshieldlawyer.com

*Attorneys for Plaintiff*

**SO ORDERED this \_\_\_\_ day of _____, 2020.**

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**